# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 19-CR-2007-CJW-MAR |
| vs. | **ORDER** |
| STEVEN LEE SISK, | |
| Defendant. | |

_____

After considering the Joint Proposed Jury Instructions (Doc. 30) submitted by the parties, the Court is considering the attached packet of instructions. The Court intends to read the first section of instructions (Instruction Nos. 1-20) to the jury prior to opening statements and the second section of instructions (Instruction Nos. 21-22) after closing arguments. The Court will read the Verdict Form and Interrogatory Form to the jury after closing arguments as well. If the evidence supports giving additional instructions, the Court may insert them as appropriate.

The parties must file any objections to the instructions, the Verdict Form, or the Interrogatory Form in writing and serve the objections on the opposing party. Each objection must clearly state the number of the instruction objected to and cite to legal authority that supports the objection. The parties must file any objections with the Clerk of Court **by no later than Friday, June 21, 2019, at 5:00 p.m.** Objections not timely made will be deemed waived.

**IT IS SO ORDERED** this 19th day of June, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa